# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SERVANTS OF JESUS AND MARY, INC.,
d/b/a THE FATIMA CENTER

<em>Plaintiff</em>,

v.

<strong>LOCAL RULE 81 INDEX</strong>

THE NATIONAL COMMITTEE FOR THE NATIONAL
PILGRIM VIRGIN OF CANADA, and,                     Civil Action No.

THE FATIMA CENTER U.S.A., INC., and,

ANDREW CESANEK

<em>Defendants</em>.

_____

Pursuant to Local Rule of Civil Procedure 81, attached is the required Index of all documents with dates filed, in Plaintiff's actioned commenced in the Supreme Court of the State of New York, County of St. Lawrence (Index No. CV-2018-0152396), thereafter transferred to the Supreme Court of the State of New York, County of Niagara (Index No. E165222/2018):

**Exhibit A-1:** Plaintiff's Application for Index Number, dated March 29, 2018, filed April 2, 2018.

**Exhibit A-2:** Plaintiff's Summons and Complaint, dated March 29, 2018, filed April 2, 2018.

**Exhibit A-3:** Plaintiff's Request for Judicial Intervention, dated April 16, 2018, filed April 17, 2018.

**Exhibit A-4:** Plaintiff's Motion Fee Paid Letter, dated April 16, 2018, filed April 17, 2018.

**Exhibit A-5:**  Plaintiff's Memorandum of Law in Support of Plaintiff's Motion by Order to Show Cause, dated April 16, 2018, filed April 17, 2018.

**Exhibit A-6:**  Judicial Assignment Notice, dated April 17, 2018, filed April 18, 2018.

**Exhibit A-7:**  Order to Show Cause dated April 19, 2018, filed April 19, 2018.

**Exhibit A-8:**  Correspondence from Plaintiff to St. Lawrence County Supreme Court Clerk, dated April 20, 2018, filed April 23, 2018.

**Exhibit A-9:**  Affidavit of Service upon Vincent G. LoTempio of Kloss, Stenger & LoTempio, dated April 20, 2018, filed April 23, 2018.

**Exhibit A-10:** Defendant, THE FATIMA CENTER U.S.A., INC., Demand for Change of the Place of Trial, dated April 25, 2018, filed April 26, 2018.

**Exhibit A-11:** Defendants' Motion Fee Paid Letter, dated May 2, 2018, filed May 3, 2018.

**Exhibit A-12:** Defendant THE FATIMA CENTER U.S.A., INC.'s Notice of Motion dated May 2, 2018, filed May 4, 2018.

**Exhibit A-13:** Defendant's Affirmation in Support of Defendant's Demand to Change Place of Trial Based upon Improper Venue, dated May 2, 2018, filed May 4, 2018.

**Exhibit A-14:** Plaintiff's Motion Fee Paid Letter, dated May 7, 2018, filed May 8, 2018.

**Exhibit A-15:** Plaintiff's Notice of Cross-Motion, dated May 7, 2018, filed May 8, 2018.

**Exhibit A-16:** Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Change Venue and in Support of Plaintiff's Cross-Motion, dated May 7, 2018, filed May 8, 2018.

**Exhibit A-17:** Affidavit of Service upon Justin D. Kloss of Kloss, Stenger & LoTempio, dated May 7, 2018, filed May 8, 2018.

**Exhibit A-18:** Correspondence from Defendants to St. Lawrence County Supreme Court Clerk, dated May 9, 2018, filed May 10, 2018.

**Exhibit A-19:** Defendants' Affirmation in Opposition to Plaintiff's Cross-Motion to Retain Venue or in the Alternative Transfer to Franklin County, and in Further Support of Defendants' Motion to Change Venue to Niagara County, dated May 9, 2018, filed May 10, 2018.

**Exhibit A-20:** Defendant, THE NATIONAL COMMITTEE FOR THE NATIONAL PILGRIM VIRGIN OF CANADA, Answer with Affirmative Defenses and Counterclaims, dated May 14, 2018, filed May 15, 2018.

**Exhibit A-21:** Correspondence from Defendants to St. Lawrence County Supreme Court Clerk, dated May 14, 2018, filed May 15, 2018.

**Exhibit A-22:** Copy of Hon. Mary M. Farley's Order Transferring Venue to Niagara County, dated May 17, 2018, filed May 18, 2018.

**Exhibit A-23:** Correspondence from Defendants to St. Lawrence County Supreme Court Clerk, dated June 5, 2018, filed June 11, 2018.

**Exhibit A-24:** St. Lawrence County Minutes, dated June 11, 2018, filed June 11, 2018 by St. Lawrence County Clerk, received June 14, 2018 by Niagara County Clerk, filed June 25, 2018 by Niagara County Clerk.

**Exhibit A-25:** Hon. Mary M. Farley's Order Transferring Venue to Niagara County, dated May 17, 2018, filed June 11, 2018 by St. Lawrence County Clerk, filed June 26, 2018 by Niagara County Clerk.

**Exhibit A-26:** Amended St. Lawrence County Minutes, dated June 27, 2018, filed June

29, 2018 by the Niagara County Clerk.

**Exhibit A-27:** Plaintiff's Supplemental Summons and Amended Complaint, dated June

5, 2018, filed June 29, 2018 by the Niagara Country Clerk.