# EXHIBIT A-12

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ST. LAWRENCE

---

SERVANTS OF JESUS AND MARY, INC.,
d/b/a THE FATIMA CENTER

*Plaintiff*,

v.

THE NATIONAL COMMITTEE FOR THE NATIONAL
PILGRIM VIRGIN OF CANADA, and,

THE FATIMA CENTER U.S.A., INC.

*Defendants*.

---



RECEIVED
MAY -3
SUPREME COURT CHAMBERS
MARY M. FARLEY, J.S.C.

**NOTICE OF MOTION**

INDEX NO. CV-2018-0152396

44-1-2018-230

| | |
|---|---|
| **MOTION ON BEHALF OF:** | Defendant THE FATIMA CENTER U.S.A., INC. |
| **DATE, TIME, AND PLACE OF HEARING:** | The 11th day of May, 2018 at 10:00 a.m., at St. Lawrence County Supreme Court, 48 Court Street, Canton, NY 13617 |
| **SUPPORTING PAPERS:** | (1) Affirmation of Justin D. Kloss in Support of Defendant's Motion to Change Place of Trial Based on Improper Venue, dated May 2, 2018, together with any attached and referenced exhibits.<br>(2) Affidavit of Andrew Cesanek in Support of Defendant's Motion to Change Place of Trial Based on Improper Venue, dated May 2, 2018, together with any attached and referenced exhibits. |
| **RELIEF REQUESTED:** | An Order directing transfer of this action pursuant to CPLR § 511 and §510 to Niagara County Supreme County and for such other and further relief as this Court deems proper. |



received
5/3/18



PAID
5/5-#

2018 MAY -4 P 1:03
CLERK'S OFFICE
ST. LAWRENCE COUNTY
RECEIVED AT

**PLEASE TAKE FURTHER NOTICE**, that pursuant to CPLR §2214(b), answering papers, if any, are required to be served upon the undersigned at least two (2) days before the return date of this motion.

Dated:   May 2, 2018
         Buffalo, New York

                                          KLOSS, STENGER & LOTEMPIO

                                          _____
                                          Justin D. Kloss
                                          *Attorney for Defendant*
                                          69 Delaware Avenue, Suite 1003
                                          Buffalo, New York 14202
                                          Telephone: (716) 853-1111
                                          Email: jdkloss@klosslaw.com

2