UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SERVANTS OF JESUS AND MARY, INC.,
d/b/a THE FATIMA CENTER

                                        *Plaintiff*,

         v.


THE NATIONAL COMMITTEE FOR THE NATIONAL         Civil Action No. 1:18-cv-00731
PILGRIM VIRGIN OF CANADA, and,

 THE FATIMA CENTER U.S.A., INC., and,

ANDREW CESANEK,

                                        *Defendants*.
_____

## PARTIES' PROPOSED DISCOVERY PLAN

        Pursuant to Local Rule 16(b)(2) and Fed. R. Civ. P. 26(f)(2), all parties, the Plaintiff

SERVANTS OF JESUS AND MARY, INC., d/b/a THE FATIMA CENTER and Defendants

THE NATIONAL COMMITTEE FOR THE NATIONAL PILGRIM VIRGIN OF CANADA,

and, THE FATIMA CENTER U.S.A., INC., and, ANDREW CESANEK, join in making the

following proposal for discovery in this matter.

        All parties urge the Court to adopt the following discovery schedule deadlines:

        1.      In accordance with Section 2.1(A) of the Plan for Alternative Dispute Resolution,

this case has been referred to mediation.

        2.      Motions to opt out of ADR shall be filed no later than **Wednesday, August 29,**

**2018.**

3.      The parties shall confer and select a Mediator, confirm the Mediator's availability, ensure that the Mediator does not have a conflict with any of the parties in the case, identify a date and time for the initial mediation session, and file a stipulation confirming their selection on the form provided by the Court no later than **Friday, September 14, 2018.**

4.      Compliance with mandatory requirements found in Rule 26 (a)(1) of the federal Rules of Civil Procedure will be accomplished no later than **Friday, September 28, 2018.**

5.      The initial mediation session shall be held no later than **Thursday, November 1, 2018.**

6.      All motions to join other parties and to amend the pleadings shall be filed no later than **Tuesday, November 13, 2018.**

7.      All fact depositions shall be completed no later than **Wednesday, June 12, 2019.**

8.      Plaintiff shall identify any expert witness who may be used at trial and provide reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than **Wednesday, July 17, 2019.**

9.      Defendants shall identify any expert witnesses who may be used at trial and provide reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than **Wednesday, August 28, 2019.**

10.      Plaintiff shall identify any rebuttal expert witness and provide written rebuttal reports no later than **Monday, September 30, 2019.**

11.      Defendants shall identify any rebuttal expert witnesses and provide written rebuttal reports no later than **Wednesday, October 30, 2019.**

12.      All expert depositions shall be completed no later than **Friday, December 27, 2019.**

13.     All discovery in this case shall be completed no later than **Monday, January 13, 2020.**

14.     Dispositive motions shall be filed by all parties no later than **Friday, February 14, 2020.**

15.     Mediation sessions may continue, in accordance with Section 5.11 of the ADR plan, until **Friday, February 21, 2020.** The continuation of mediation sessions shall not delay or defer other dates set forth in this Case Management Order.


**BARCLAY DAMON LLP**                        **KLOSS STENGER & LOTEMPIO**


s/ Matthew J. Larkin                         s/Justin D. Kloss
Matthew J. Larkin, Esq.                      Justin D. Kloss, Esq.
John D. Cook, Esq.                           69 Delaware Avenue, Suite 1003
125 East Jefferson Street                    Buffalo, New York 14202
Syracuse, New York 13202                     Telephone: (716) 853-1111
Telephone: (315) 425-2805                    Email: jdkloss@klosslaw.com
Email: mlarkin@barclaydamon.com              *Attorneys for Defendants*
*Attorneys for Plaintiff*                    *THE NATIONAL COMMITTEE FOR THE*
                                             *NATIONAL PILGRIM VIRGIN OF CANADA,*
                                             *and,*
                                             *THE FATIMA CENTER U.S.A., INC.*

                                             **HAGERTY & BRADY**


                                             s/ Michael A. Brady
                                             Michael A. Brady, Esq.
                                             Daniel J. Brady, Esq.
                                             69 Delaware Ave. Suite 1010
                                             Buffalo, NY 14202
                                             Telephone: (716) 856-9443
                                             Email: mbrady@hagerty-brady.com
                                             *Attorneys for Defendant*
                                             *ANDREW CESANEK*

.                                    3