# Redacted

# MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AND SERVE A SECOND AMENDED AND SUPPLEMENTAL COMPLAINT