**BARCLAY DAMON**LLP

**Matthew J. Larkin**
*Partner*

February 17, 2021

**VIA ECF**

Hon. Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

    Re:    <u>Servants of Jesus and Mary, Inc., v. The National Committee for The National Pilgrim Virgin of Canada, et al.</u>
             Civil No.: 1:18-00731-EAW-JJM

Dear Magistrate Judge McCarthy:

    On behalf of Servants of Jesus and Mary, Inc., we hereby request your approval to file a memorandum of law in support of Plaintiff's partial motion for summary judgment up to 50 pages in length. Due to the number of numerous claims and counterclaims asserted by the parties and the extensive evidence and testimony produced during discovery, we are unable to reasonably comply with the default 25-page limitation set forth in Local Rule 7(a)(2)(C).

    Thank you for your attention to this matter and continued courtesies.

             Very truly yours,

             */s/ Matthew J. Larkin*

             Matthew J. Larkin

cc:    All Counsel of Record

Barclay Damon Tower - 125 East Jefferson Street - Syracuse, New York 13202  barclaydamon.com
MLarkin@barclaydamon.com  Direct: (315) 425-2805  Fax: (315) 703-6247
22172642.1