# Exhibit 9

# In the Matter Of:

## SERV. OF JESUS AND MARY vs THE NATIONAL PIL.

1:18-CV-0073

# FATHER PAUL L. KRAMER

*June 25, 2019*

*Confidential*



ESQUIRE DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com

```
 1   and weaving them together into an article and taking
 2   that and combining them into something else and weaving
 3   it into something bigger until it turns into a book.
 4        Q.    The Twitter posting that's a part of
 5   Exhibit 3 has a post date of September 1st, 2017?
 6        A.    Yes.
 7        Q.    Is it fair to say you were working on this
 8   white paper long before September 1st, 2017?
 9        A.    "Long before."  On this particular thing I
10   wouldn't say long before, but I think some of the
11   material in it came from other similar articles that I
12   wrote before.
13        Q.    In the past prior to this September 1st?
14        A.    Yeah.
15        Q.    I'd like to turn to the actual, would you
16   call it -- would you call it a white paper?  How would
17   you refer to it?  An article?
18        A.    I just called it an article I think.
19        Q.    We'll call it an article then.  Page 15 of
20   the article?
21        A.    Do these pages have numbers?
22        Q.    No.
23              MR. LARKIN:  No.  Are you including the
24        cover page?
25              MR. KLOSS:  Not including the Twitter
```



1                page.  The top of page 15 reads "does not
2          heed the warning and the sword comes."
3                   MR. LARKIN:   That's it right there.
4                   THE WITNESS:   This one?  Are we on the
5          right page?  The middle paragraph starts with
6          "meanwhile"?
7                   MR. KLOSS:  Yes.
8                   THE WITNESS:  Okay.
9          BY MR. KLOSS:
10        Q.    On this page, on the bottom paragraph there's
11   a sentence that says "the NPV is now silencing and
12   opposing the most important part of the message of
13   Fatima, namely the part in the Third Secret about the
14   apostasy led by a heretic anti-Pope whose radical
15   reforms will cause massive defection of the conciliar
16   hierarchy from Catholicism to the dogma-free New
17   Religion, foretold by Pope St. Pius X in Notre charge
18   apostolique?
19        A.    Yeah.
20        Q.    Did I read that correctly?
21        A.    Yes.
22        Q.    As we discussed earlier, it's your position
23   that Jorge Bergoglio, also known as Pope Francis, is the
24   heretic anti-Pope; is that correct?
25        A.    Yes.



1   Q.   Three pages later on page 18, if you could --
2   I could read it to you.  Would that be easier if I read
3   since I'm referring to it?  On page 18, you also wrote
4   that "by providing a venue for the pro-Bergoglio
5   propagandists, the NPV is attacking the Fatima message
6   at its heart, correct?  Do you hold that belief?
7   A.   Let me see the context of what we're
8   reading.
9   Q.   Sure.
10  A.   How many pages?
11  Q.   Three pages later.  Keep going.
12  A.   "By providing a"...  yes.
13  Q.   You hold the belief that Pope -- by providing
14  a venue for the pro-Bergoglio propagandists, the NPV is
15  attacking the Fatima message at its heart?
16  A.   Yes.
17  Q.   That is because the Third Secret reveals
18  that, as you wrote farther down in the same page "Satan
19  will penetrate to the highest level in the church."
20  A.   Where are we?  Same page?  Oh, yes.
21  Q.   Correct?
22  A.   Yes.
23  Q.   And by "Satan penetrating to the highest
24  levels of the church," you were referring to the
25  elevation of Jorge Bergoglio as Pope Francis, correct?



1         MR. LARKIN:    Objection.
2      A.    I would not make an exact equivalent of
3  that.  That's part of it.  Yes, it's true but there's
4  more to it than just that.
5      Q.    Let me rephrase then.  Jorge Bergoglio being
6  elevated to Pope Francis is a part of Satan penetrating
7  the highest levels of the church?
8      A.    Absolutely, yes.
9      Q.    So you would agree that NPV has a
10 fundamentally different interpretation of the Fatima
11 message than you do?
12     A.    They, I will say -- I don't know if I can
13 say they have a fundamentally different interpretation
14 but they don't make -- they don't tie the last stitch as
15 I do.
16     Q.    What's the last stitch?
17     A.    That they will say that, yes, the Fatima
18 message foretells the apostasy in the church but the
19 distinction that they failed to make is that the
20 apostasy in the church that's taking place, is not as in
21 past centuries.  Apostasy was when a particular church
22 of a region or whatever would fall away from the church
23 and leave the church but now it's a large part of the
24 hierarchy itself that is defecting from Catholicism but
25 calling itself the Catholic Church, and the church is