# BARCLAY DAMON LLP

**Matthew J. Larkin**
*Partner*

April 26, 2021

<u>**VIA ECF**</u>

Hon. Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

   Re: <u>Servants of Jesus and Mary, Inc., v. The National Committee for The National Pilgrim Virgin of Canada, et al.</u>
     Civil No.: 1:18-00731-JJM

Dear Magistrate Judge McCarthy:

  On behalf of Servants of Jesus and Mary, Inc., we hereby request your approval to file a memorandum of law in reply to NPV and FCU's opposition to SJM's motion for partial summary judgment, of approximately 40 pages in length. In light of the 88-page memorandum of law submitted by NPV and FCU in opposition to SJM's motion and the 33 additional exhibits introduced in connection therewith, we are unable to reasonably comply with the default 10-page limitation set forth in Local Rule 7(a)(2)(C).

  Thank you for your attention to this matter and continued courtesies.

                Respectfully submitted,

                */s/ Matthew J. Larkin*

                Matthew J. Larkin

cc:  All Counsel of Record

Barclay Damon Tower - 125 East Jefferson Street - Syracuse, New York 13202  barclaydamon.com
MLarkin@barclaydamon.com  Direct: (315) 425-2805  Fax: (315) 703-6247
22554998.1